AO 91 (Rev. 11/11)  Criminal Complaint                                                **SEALED**

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) |
| JACQUELINE LIZARRAGA | ) Case No. |
|  | )     1:20-mj-00122 |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 9, 2019__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2119(3) | |
| 18 U.S.C. 2 | Attempted Carjacking Resulting in Death; Aiding and Abetting |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Matt Cook, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  02/10/2020

_____
Judge's signature

City and state:   INDIANAPOLIS, INDIANA       TIM A. BAKER, US MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR CRIMINAL COMPLAINT

1. I, Matt Cook, am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since March 2010. Through the FBI, I have received extensive training in the investigation of federal crimes to include violent crime and firearms offenses. I am currently assigned to the FBI Violent Crime Task Force ("VCTF") in the FBI Indianapolis Field Office. In this assignment, I investigate all manner of violent crime, to include robberies, kidnappings, carjackings and firearms offenses.

## INTRODUCTION

2. This affidavit is submitted in support of a criminal complaint charging Jacqueline LIZARRAGA ("LIZARRAGA"), with the attempted unlawful seizure of a motor vehicle that has been received in interstate commerce with intent to cause death or serious bodily harm, resulting in death, in violation of Title 18, United States Code, Section 2119(3) and 2.

3. The statements contained in this affidavit are based in part on information developed by other SAs and task force officers of the FBI and Officers and Detectives of the Indianapolis Metropolitan Police Department ("IMPD"), who aided in the investigation of the below-described crimes.

4. Since this affidavit is being submitted for the limited purpose of supporting the application in this matter, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the probable cause for the issuance of the arrest warrant sought.

1

FACTS AND CIRCUMSTANCES REGARDING PROBABLE CAUSE

5. As set forth in detail below, an individual known to law enforcement, and referred to herein as "Victim 1" was robbed and beaten to death in Indianapolis, Indiana on October 9, 2019. Through investigation, I know that Victim 1's death was the result of individuals, including Jaqueline LIZARRAGA, who had engaged in an attempt to take Victim 1's vehicle by means of force and violence.

6. Through investigation, I know that on October 8, 2019, LIZARRAGA made contact via text messages with an individual known to other law enforcement officers and myself, referred to herein as "Victim 1." LIZARRAGA and Victim 1 exchanged names and pleasantries about how nice it was to meet each other. On October 9, 2019, at approximately 1:32 a.m., LIZARRAGA initiated a text conversation with Victim 1, stating, "NVM don't." The conversation continued that morning as follows:

| | |
|---|---|
| 1:33 a.m., Victim 1: | Everything ok |
| 1:34 a.m., LIZARRAGA: | I Didn't mean to text u that it was the wrong person |
| | Yeah I'm already here |
| | I've just been thinking tbh kinda need to vent |
| 1:40 a.m., Victim 1: | Ight bet give me a sec to get re dressed |
| 1:40 a.m., LIZARRAGA: | Ight bet |
| 1:41 a.m., Victim 1: | OMW |
| 1:51 a.m., LIZARRAGA: | How far are u |
| 2:06 a.m., LIZARRAGA: | run please |
| | What happened |
| | I ran for my life |

2

7. At approximately 2:44 a.m. on October 9, 2019, officers with the Indianapolis Metropolitan Police Department (IMPD) were dispatched to the area of Washington Street and White River Parkway, on a report of an injured person. Upon arrival at the scene, IMPD Officers discovered Victim 1 lying on the ground, profusely bleeding from the head area. Victim 1 also sustained a gunshot wound to the leg. A pack of cigarettes, a cell phone, Victim 1's wallet, credit cards, and keys were strewn about the scene. Investigators found Victim 1's Chrysler 300 nearby, at the entrance to White River Trail, approximately 100 North White River Parkway Drive, Indianapolis, Indiana. Through my investigation, I know that this vehicle had been transported, shipped, and received in interstate commerce.

8. It was further noted by the detectives that Victim 1 had an empty holster on his person. On October 10, 2019, Victim 1's mother provided a picture of Victim 1's missing firearm, stolen during the attack. The picture clearly displayed the serial number of the Kel-Tec PMR-30 .22 caliber handgun, serial number WXF303. Victim 1's mother also provided the paperwork for the original purchase of the firearm by Victim 1.

9. Victim 1 died as a result of his injuries sustained from the October 9, 2019 attack. According to the coroner/medical examiner, the cause of death was homicide, caused as a result of multiple blunt force traumas to the head and neck.

10. After recovering Victim 1's cell phone on the morning of October 9, 2019, IMPD detectives executed a state search warrant on that recovered cell phone, discovering the above-referenced text exchange, with a telephone number identified as LIZARRAGA's.

11. After identifying LIZARRAGA as the individual with whom Victim 1 was exchanging texts in the early morning hours of October 9, 2019, detectives interviewed LIZARRAGA at her residence on October 9, 2019, regarding her interaction with Victim 1.

LIZARRAGA stated to law enforcement that she met her friend, Victim 1, on the trail near the White River. LIZARRAGA stated in this interview that the two walked down the trail, and were jumped by two or three males when they reached the bridge area. LIZARRAGA stated that she was shoved by the attackers, who then began beating Victim 1 with an unidentified object, after shoving Victim 1's head into a wooden pillar. LIZARRAGA fled the scene, and claimed that she heard a single gunshot when she reached the top of the hill. LIZARRAGA stated that she drove home, and told no one of the incident.

12. In this interview of October 9, 2019, LIZARRAGA showed detectives the text exchange between herself and Victim 1, on her phone, as well as her call logs from the same time frame. The detectives thereby discovered that, just minutes before sending the above referenced text messages to Victim 1 on October 9, 2019, LIZARRAGA received a SnapChat call from a male named "Capo," utilizing the SnapChat account, "dawggass_capo2x." Just minutes after the attack, LIZARRAGA immediately received another SnapChat call from Capo. From prior investigations, IMPD detectives knew "Capo" to be Jayzn Martin.

13. On October 21, 2019, a state search warrant was executed on SnapChat account dawggass_capo2x, operated by Jayzn Martin. On November 22, 2019, the results from the search warrant were received and reviewed. Among the returns were the following exchanges:

a. **10/08/2019 at 11:20 p.m.:** an exchange between Martin and LIZARRAGA (utilizing SnapChat account jackiereynaga), stating "freddy." This is a reference to Fernando Juan Bornstein, whose street name is known by IMPD to be "lilfreddy." Bornstein utilizes the SnapChat account named "lilfreddy519."

4

b. **10/09/2019 at 10:13 a.m.:** a video was posted by Martin, showing a Kel-Tec PMR-30, serial number WXF303. This is the same gun stolen from Victim 1 during the October 9, 2019 attack, which attack occurred approximately eight hours prior to the video being posted.

c. **10/09/2019 at 9:33 p.m.:** a video exchange between Martin and Bornstein (utilizing SnapChat account lilfreddy519). In this exchange, Bornstein relayed to Martin, "hey bro, delete everything you have with Jackie on SnapChat, Facebook, everything. Really block her bro if anything, bro just do it cuz." This message was sent by Bornstein to Martin just minutes after IMPD detectives made contact with Jacqueline LIZARRAGA to arrange to interview her in her home. Based on investigation to date, I believe that Bornstein was aware of this contact from law enforcement, and Bornstein was warning Martin to delete his conversations with LIZARRAGA as a result.

d. **10/09/2019 at 11:11 p.m.:** an exchange between Martin and SnapChat user "thaddeus_posey." In this exchange, "thaddeus_posey" asked Martin, "that type." Martin responded eighteen minutes later with "PMR 30." I believe this is a reference to the model type of Victim 1's stolen firearm, and through investigation to date, I believe that this exchange referenced Martin's attempt to sell the stolen firearm to SnapChat user "thaddeus_posey."

14.     On December 18, 2019, LIZARRAGA was interviewed by IMPD Homicide detectives. In the interview, LIZARRAGA admitted to setting Victim 1 up, in order to steal his vehicle. LIZARRAGA stated that the motivation for the robbery was to steal Victim 1's Chrysler 300, since it was a nice vehicle. LIZARRAGA told detectives that she met Victim 1 a day or two prior to the robbery, when the robbery was originally supposed to take place. The original plan included LIZARRAGA luring Victim 1 down by the bridge near White River State Park, at which

point Bornstein, Martin and Jesus Salmeron-Oviedo would beat Victim 1 and take his vehicle. LIZARRAGA noticed Victim 1 was armed on this first occasion, however, so she called it off.

15. During the December 18, 2019 interview, LIZARRAGA told law enforcement that she re-contacted Victim 1 on October 8, 2019, and lured him to the area of the attack. Martin was not available that night, so another individual (referred to herein as JV-1) took his place in the October 9, 2019 robbery.

16. LIZARRAGA told law enforcement that on the day of the robbery, the early morning hours of October 9, 2019, LIZARRAGA, Bornstein, and JV-1 rode over to the area with Salmeron-Oviedo in Salmeron-Oviedo's vehicle. Bornstein orchestrated the robbery, and told everyone where and how it would take place. Once they determined that LIZARRAGA would lure Victim 1 under the bridge, LIZARRAGA ran back up the hill to meet Victim 1. When Victim 1 arrived, LIZARRAGA began to feel bad and cry because she, "knew I was leading him to his death." LIZARRAGA then led Victim 1 down the path to the bridge, where Bornstein, Salmeron-Oviedo and JV-1 were hiding. According to LIZARRAGA, when she and Victim 1 arrived, Bornstein pushed Victim 1 against a wooden pillar and Salmeron-Oviedo began beating Victim 1 with a hammer. Victim 1 attempted to retrieve his gun from his holster, but Bornstein reached into Victim 1's pants grabbing the gun. Bornstein then fired one round, striking Victim 1 in the leg. LIZARRAGA then detailed that Salmeron-Oviedo, "beat [Victim 1] to death with a hammer." According to LIZARRAGA, JV-1 was tasked with grabbing Victim 1's keys and cell phone, so they could take the car, and so the phone would not lead back to LIZARRAGA, but JV-1 could not get to the cell phone because of where Victim 1 was carrying it. JV-1 grabbed Victim 1's keys out of his pocket, and JV-1 and LIZARRAGA went back up the hill to get the car; however, JV-1 grabbed the wrong set of keys from Victim 1, and was unable to get into the car. Bornstein and

6

Salmeron-Oviedo came back up the hill, covered in blood, and they all departed in Salmeron-Oviedo's vehicle. According to LIZARRAGA, they later met up with Martin, where Bornstein traded Victim 1's gun for some THC cartridges and a small amount of marijuana. Bornstein then dropped LIZARRAGA off at her house and told her to block everyone on social media.

17. On December 25, 2019, Bornstein was arrested following a police vehicle pursuit in which he was involved. He was interviewed by IMPD Homicide detectives. Bornstein discussed the October 9, 2019 robbery of Victim 1, and he stated that the intention of the robbery was to steal Victim 1's Chrysler 300. Bornstein's role was to hold Victim 1 down, while Salmeron-Oviedo and JV-1 jumped and robbed Victim 1. Bornstein confirmed that LIZARRAGA's role was to lure Victim 1 down to the arranged spot, and that JV-1 was supposed to get Victim 1's keys. According to Bornstein, JV-1 did grab some keys, but did not take the vehicle. Bornstein stated that Salmeron-Oviedo hit Victim 1 repeatedly with a hammer. Bornstein picked up Victim 1's gun and fled the scene with the others. According to Bornstein, the group fled to the Beech Grove area, where they threw the hammer into a creek and met with Martin to trade Victim 1's stolen .22 caliber hand gun for THC cartridges and marijuana.

18. On January 8, 2020, JV-1 was interviewed by law enforcement with the consent of, and in the presence of, his mother. In this interview, the robbery of Victim 1 was discussed, and JV-1 stated that he was "hanging out with" Bornstein, LIZARRAGA, and Salmeron-Oviedo near the White River, where they decided to rob someone. JV-1 stated that LIZARRAGA met Victim 1 previously at the same location, and asked him to come back. JV-1's role was to grab Victim 1's keys to his white Chrysler vehicle. JV-1 stated that he hid behind a wall near the railroad tracks, while Bornstein and Salmeron-Oviedo hid at the other end. LIZARRAGA then walked Victim 1 down the trail. According to JV-1, Salmeron-Oviedo began hitting Victim 1 with a

hammer, and Bornstein grabbed the gun. JV-1 grabbed the wrong keys, and was unable to get into the vehicle. According to JV-1, Bornstein then traded the gun to Martin for some THC cartridges.

## CONCLUSION

19. Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists that October 9, 2019, in the Southern District of Indiana, JACQUELINE LIZARRAGA, did knowingly commit an armed carjacking, in violation of Title 18, United States Code, Sections 2119(3) and 2.

_____
Matt Cook, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to before
me this 10th day of February, 2020.

_____
TIM A. BAKER
United States Magistrate Judge
Southern District of Indiana

8